### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DANIEL MYKOLENKO AND NOELLE MYKOLENKO, AS OWNERS OF THE S/V NADIYA, HIN# RAC47112E303, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>DANIEL MYKOLENKO AND NOELLE MYKOLENKO,<br><br>    PETITIONERS | Civil No. 2018-28 |

### ORDER

This matter is before the Court *sua sponte*. On May 23, 2018, Petitioners Daniel Mykolenko and Noelle Mykolenko deposited into the Court's registry the sum of $250.00 as security for costs. [ECF 5]. By Order dated December 21, 2021, the Court dismissed the matter, retaining jurisdiction for 60 days to enforce the parties' settlement. [ECF 101]. No further proceedings have been required in this matter.

Accordingly, the premises considered, it is hereby ORDERED that the Clerk of Court shall disburse the funds held to Andrew Simpson, P.C.

**Dated:** November 1, 2022          S\ _____
                                                                     **RUTH MILLER**
                                                                    U.S. Magistrate Judge